# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, CONSUMER ENERGY ALLIANCE, DOMESTIC ENERGY PRODUCERS ALLIANCE, and ENERGY MARKETERS OF AMERICA,<br><br>Petitioners,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,<br><br>Respondent. | Case No.<br><br>24-1273 |

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 32909(a)(1), Federal Rule of Appellate Procedure 15(a), and D.C. Circuit Rule 15, petitioners American Fuel & Petrochemical Manufacturers, Consumer Energy Alliance, Domestic Energy Producers Alliance, and Energy Marketers of America petition for review of a final rule of the National Highway Traffic Safety Administration. *See Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for*

*Model Years 2030 and Beyond*, 89 Fed. Reg. 52,540 (June 24, 2024). A copy of the rule is attached as Exhibit A.

Once this case is docketed, petitioners will move to transfer it to the Sixth Circuit, which has been randomly selected under 28 U.S.C. § 2112(a)(3) to hear challenges to the rule. *See* Consolidation Order, *In re NHTSA*, MCP No. 189 (J.P.M.L. July 12, 2024), ECF No. 5, at 1.

Dated: August 5, 2024                   Respectfully submitted,

/s/ Eric D. McArthur
Eric D. McArthur
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
emcarthur@sidley.com

*Counsel for Petitioners*

2

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, CONSUMER ENERGY ALLIANCE, DOMESTIC ENERGY PRODUCERS ALLIANCE, and ENERGY MARKETERS OF AMERICA,<br><br>        Petitioners,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,<br><br>        Respondent. | Case No.<br><br>24-1273 |

## RULE 26.1 STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, petitioners American Fuel & Petrochemical Manufacturers (AFPM), Consumer Energy Alliance (CEA), Domestic Energy Producers Alliance (DEPA), and Energy Marketers of America (EMA) disclose the following:

**AFPM** is a national trade association that represents American refining and petrochemical companies. AFPM has no parent corporation, and no publicly held company owns 10 percent or more of its stock.

**CEA** is a nonpartisan, nonprofit organization advocating for balanced energy and environmental policies and responsible access to resources. CEA has no parent corporation, and no publicly held company owns 10 percent or more of its stock.

**DEPA** is a nonprofit, nonstock corporation organized under the laws of the State of Oklahoma. DEPA has no parent corporation, and no publicly held company owns 10 percent or more of its stock.

**EMA** is a federation of 49 state and regional trade associations representing energy marketers throughout the United States. EMA, which is incorporated under the laws of the Commonwealth of Virginia, has no parent corporation, and no publicly held company owns 10 percent or more of its stock.

Dated: August 5, 2024          /s/ Eric D. McArthur
                               Eric D. McArthur

2

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 15(c) and 25, D.C. Circuit Rules 15(a) and 25, and 49 C.F.R. § 9.19, I certify that the foregoing Petition for Review and Rule 26.1 Statement have been served by United States certified mail, return receipt requested, this 5th day of August, 2024, upon the following:

Adam Raviv, Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, DC 20590

U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590

/s/ Eric D. McArthur
Eric D. McArthur